UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re | ) ) ) | |
| AUGIE J. BLOOMSTEIN, | ) ) | Chapter 7<br>Case No. 09-11241-JNF |
| Debtor. | ) ) ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
OF ALL NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appears herein as counsel to Nickerson Lumber Co., a creditor and party in interest in the above-referenced case, pursuant to Federal Rules of Bankruptcy Procedure (the "Rules") 9010(b); and requests, pursuant to Rules 2002, 3017, 9007 and 9010 and pursuant to 11 U.S.C. §§ 102(1), 342 and 1109(b) as applicable, that copies of all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following address:

> Melvin S. Hoffman, Esq.
> LOONEY & GROSSMAN LLP
> 101 Arch Street
> Boston, Massachusetts 02110
> (617) 951-2800
> (617) 951-2819
> mhoffman@lgllp.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notice and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, whether

L:\10050\016\Pld\02

transmitted or conveyed by mail, hand delivery, messenger, telephone, facsimile, telegram, telex, electronic mail or otherwise filed or made with regard to the referenced case and proceedings therein.

Dated: March 25, 2009                    /s/ Melvin S. Hoffman
                                                                              Melvin S. Hoffman (BBO #237120)
                                                                              LOONEY & GROSSMAN LLP
                                                                              101 Arch Street
                                                                              Boston, Massachusetts 02110
                                                                              (617) 951-2800

# **CERTIFICATE OF SERVICE**

I, Melvin S. Hoffman, hereby certify my understanding that on March 25, 2009, a true copy of **Notice of Appearance and Demand for Service of Papers** was served on the following parties via email notification:

- Warren E. Agin    wea@swiggartagin.com, ma25@ecfcbis.com;leb@swiggartagin.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Jerry P. Katz    jkatz@katzargenioandpowers.com, aosowski@katzargenioandpowers.com
- Gerald F. Williamson    gfwesq@comcast.net

    /s/ Melvin S. Hoffman
    Melvin s. Hoffman

L:\10050\016\Pld\02