UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

~~~~~~~~~~~~~~~~~~~~~~~~~~~~

In re
**AUGIE J. BLOOMSTEIN,**                    Chapter 7
    Debtor                              Case No. 09-11241-JNF

~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## ORDER

In accordance with the Memorandum dated November 5, 2010, the Court sustains the Trustee's Objection to the exemption of earned but unpaid wages claimed by Augie J. Bloomstein.

By the Court,

*Joan N. Feeney*

Joan N. Feeney
United States Bankruptcy Judge

Dated: November 5, 2010
cc: Christopher Lee, Esq., Gordon N. Schultz, Esq.